Michael Gill, US Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jimmy Earl White, Jr., #33699–077, Federal Correctional Institution, Seagoville, TX, pro se.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

Counsel appointed to represent Jimmy Earl White, Jr., has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). White has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issues in this direct appeal. Accordingly, the motion to withdraw is GRANTED, and counsel is excused from further responsibilities herein. The appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jimmy Earl WHITE, Jr., Defendant–**
**Appellant.**

**No. 03–10371**

**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 21, 2004.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.